IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-014-DCK

| | |
|---|---|
| NORMAN WAYCASTER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) filed by Russell R. Bowling, concerning Melissa Palmer on February 2, 2018. Ms. Melissa Palmer seeks to appear as counsel *pro hac vice* for Plaintiff, Norman Waycaster. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) is **GRANTED.** Ms. Melissa Palmer is hereby admitted *pro hac vice* to represent Plaintiff, Norman Waycaster.

**SO ORDERED**.

Signed: February 5, 2018

David C. Keesler
United States Magistrate Judge