# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Norman Waycaster, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00014-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2018 Order.

March 22, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court